## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STATE FARM MUTUAL AUTOMOBILE                    )
INSURANCE COMPANY,                              )
                                                )
              Plaintiff,               )
                                                )
vs.                                             )
                                                )
GEISER PAZ ENAMORADO,                           )
Serve at:   509 Ohio Street           )
            Tribune, KS  67879        )
                                                )
and                                             )
                                                )
DONILDA MARIBEL GUTIERREZ PORTILLO,             )
Serve at:   509 Ohio Street           )
            Tribune, KS  67879        )     Case No. 6:19-cv-01116
                                                )
and                                             )
                                                )
DRILAN XIOMARA GUTIERREZ PORTILLO,              )
Serve at:   509 Ohio Street           )
            Tribune, KS  67879        )
                                                )
and                                             )
                                                )
BRILIAN GUTIERREZ,                              )
Serve at:   6588 Road 16              )
            Goodland, KS  67735       )
                                                )
and                                             )
                                                )
S. P., a Minor                                  )
Serve at:   509 Ohio Street           )
            Tribune, KS  67879        )
                                                )
and                                             )
                                                )
MEGAN DREW WIESLANDER RASURE,                   )
Serve at:   6588 Road 16              )
            Goodland, KS  67735       )
                                                )
and                                             )

E. J. P. R., a Minor                                    )
Serve at:   6588 Road 16                                )
            Goodland, KS  67735                         )
                                                        )
and                                                     )
                                                        )
M. R., a Minor                                          )
Serve at:   6588 Road 16                                )
            Goodland, KS  67735,                        )
                                                        )
            Defendants.                                 )

### <u>PLAINTIFF'S DESIGNATION OF PLACE OF TRIAL</u>

State Farm Mutual Automobile Insurance Company, by and through counsel, hereby requests that trial in this matter be held at the United States District Court for the District of Kansas sitting in Wichita, Kansas.

Respectfully submitted,

  /s/ James L. Sanders
James L. Sanders, KS #11483
jsanders@wallacesaunders.com
WALLACE SAUNDERS, Chartered
10111 West 87th Street
Overland Park, KS 66212
Phone:  (913) 888-1000
Fax:     (913) 888-1065

                and

  /s/ Penny A. Calhoun
Penny A. Calhoun, # 25903
pcalhoun@wallacesaunders.com
WALLACE SAUNDERS, Chartered
400 O.W. Garvey Center
200 West Douglas
Wichita, Kansas 67202
Phone: (316) 269-2100
Fax:     (316) 269-2479
*Attorneys for Plaintiff*

2