# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| GEISER PAZ ENAMORADO, | ) ) ) |
| and | ) ) ) |
| DONILDA MARIBEL GUTIERREZ PORTILLO, | ) ) ) Case No. 6:19-cv-01116 |
| and | ) ) ) |
| DRILAN XIOMARA GUTIERREZ PORTILLO, | ) ) ) |
| and | ) ) ) |
| BRILIAN GUTIERREZ, | ) ) ) |
| and | ) ) ) |
| S. P., a Minor, by and through her parent and natural guardian, Geiser Paz Enamorado | ) ) ) |
| and | ) ) ) |
| MEGAN DREW WIESLANDER RASURE, | ) ) ) |
| and | ) ) ) |
| E. J. P. R., a Minor, *by and through his parent and natural guardian*, Megan Wieslander Rasure | ) ) ) |
| and | ) ) ) |
| M. R., a Minor, *by and through her parent and natural guardian,* Megan Wieslander Rasure | ) ) ) |
| Defendants. | ) ) |

## **PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

State Farm Mutual Automobile Insurance Company, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), stipulates to dismissal of this action with the plaintiff to bear its own costs. No summons has been issued for any of the defendants and no opposing party has served an answer or motion for summary judgment.

        Respectfully submitted,

        /s/ James L. Sanders
        James L. Sanders, KS #11483
        jsanders@wallacesaunders.com
        WALLACE SAUNDERS, Chartered
        10111 West 87th Street
        Overland Park, KS 66212
        Phone:  (913) 888-1000
        Fax:     (913) 888-1065

        and

        /s/ Penny A. Calhoun
        Penny A. Calhoun, # 25903
        pcalhoun@wallacesaunders.com
        WALLACE SAUNDERS, Chartered
        400 O.W. Garvey Center
        200 West Douglas
        Wichita, Kansas 67202
        Phone: (316) 269-2100
        Fax:    (316) 269-2479
        *Attorneys for Plaintiff*